## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| TROY A. VEASEY, | ) | |
| ADC # 77398 | ) | |
|    Petitioner, | ) | **Case No. 5:12-CV-00214 SWW-JTK** |
| | ) | |
| v. | ) | |
| | ) | |
| RAY HOBBS, Director, | ) | |
| Arkansas Department of Correction | ) | |
|    Respondent. | ) | |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections.[1] The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 16th day of September, 2013.

                                                         /s/Susan Webber Wright

                                                         UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Magistrate's Report and Recommendations sent to petitioner was returned marked "Not Deliverable Unable to Forward." *See* ECF No. 9.