## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| TROY A. VEASEY, )<br>ADC # 77398 )<br>   Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>   Respondent. ) | **Case No. 5:12-CV-00214 SWW-JTK** |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections.[1] The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 16th day of September, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Magistrate's Report and Recommendations sent to petitioner was returned marked "Not Deliverable Unable to Forward." *See* ECF No. 9.